# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brandin Fredericksen

                          Plaintiff,

v.                                                     Case No.: 1:15−cv−06261
                                                     Honorable Gary Feinerman

Village of Lynwood

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2015:

      MINUTE entry before the Honorable Geraldine Soat Brown: Settlement conference held. Parties are not able to reach a settlement agreement at this time. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.