IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDIN FREDERICKSEN | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 15-CV-6261 |
| v. | ) | |
| | ) | Judge: Honorable Gary Feinerman |
| VILLAGE OF LYNWOOD | ) | |
| | ) | Magistrate Judge: |
| | ) | Geraldine Soat Brown |

## AGREED MOTION TO DISMISS WITH PREJUDICE

1. Plaintiff, BRANDIN FREDERICKSEN and Defendant, VILLAGE OF LYNWOOD have agreed to settle, adjust and compromise all claims in the above captioned action.

2. The parties, therefore, move this Court to dismiss all claims and counterclaims with prejudice to the refiling of same.

3. The parties further move the Court to order that all costs and expenses relating to this litigation shall be borne solely by the party incurring same.

4. A proposed Order is attached as Exhibit A.


/s/Daniel Q. Herbert_____  
Daniel Q. Herbert  
Law Offices of Daniel Q. Herbert  
206 South Jefferson St., Suite 100  
Chicago, Illinois 60661  
312-655-7660  

/s/ Michael J. Marovich_____  
Michael J. Marovich  
Hiskes, Dillner, O'Donnell,  
Marovich & Lapp, Ltd.  
10759 W. 159th St., Suite 201  
Orland Park, IL 60467  
708-403-5050

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, a true and correct copy of the foregoing AGREED MOTION TO DISMISS WITH PREJUDICE was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all counsel of record.

/s/Daniel Q. Herbert_____
Daniel Q. Herbert
Law Offices of Daniel Q. Herbert
206 South Jefferson St., Suite 100
Chicago, Illinois 60661
312-655-7660

# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDIN FREDERICKSEN | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 15-CV-6261 |
| v. | ) | |
| | ) | Judge: Honorable Gary Feinerman |
| VILLAGE OF LYNWOOD | ) | |
| | ) | Magistrate Judge: |
| | ) |     Geraldine Soat Brown |

### [PROPOSED]ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, BRANDIN FREDERICKSEN and Defendant, VILLAGE OF LYNWOOD have filed an Agreed Motion for Dismissal With Prejudice indicating that they have settled their respective claims.

The Court, having considered this request, hereby ORDERS:

The Agreed Motion for Dismissal with Prejudice is GRANTED.

IT IS THERFORE ORDERED that all claims and counterclaims in the above-captioned action are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

                                                                         Signed this _____ day of _____, 2016.

                                                                          _____

                                                                          JUDGE GARY FEINERMAN
                                                                          UNITED STATES DISTRICT JUDGE