# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brandin Fredericksen

                      Plaintiff,

v.                                            Case No.: 1:15−cv−06261
                                                  Honorable Gary Feinerman

Village of Lynwood

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Agreed motion to dismiss with prejudice [23] is granted. This case (including all claims and counterclaims) is dismissed with prejudice, with each side bearing its own fees and costs. Status hearing set for 3/16/2016 [22] is stricken. Civil case closed.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.